DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Crump<br><br>Case below:<br>181 N.C. App. 150 | No. 058P07 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA06-411)<br><br>2. Def's Motion for Affidavit to be Considered with Petition for Discretionary Review | 1. Denied 06/27/07<br><br>2. Denied 06/27/07 |
| State v. Cuthrell<br><br>Case below:<br>175 N.C. App. 593 | No. 043P07 | Def's PWC to Review Decision of COA (COA05-314) | Denied 06/27/07 |
| State v. Deal<br><br>Case below:<br>182 N.C. App. 347 | No. 185P07 | Def's PDR Under N.C.G.S. 7A-31 (COA06-889) | Denied 06/27/07 |
| State v. Ezzell<br><br>Case below:<br>182 N.C. App. 417 | No. 217P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-624)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 06/27/07<br><br>3. Denied 06/27/07 |
| State v. Garcell<br><br>Case below:<br>Rutherford County Superior Court | No. 465A06 | Def's Motion to Toll Time Periods for Perfecting Appeal | Denied 05/25/07 |
| State v. Gary<br><br>Case below:<br>180 N.C. App. 692 | No. 034A07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-154)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed 06/27/07 |
| State v. Godwyn<br><br>Case below:<br>183 N.C. App. ——<br>(1 May 2005) | No. 270P07 | Def's PDR Under N.C.G.S. 7A-31 (COA06-670) | Denied 06/27/07 |
| State v. Gwynn<br><br>Case below:<br>182 N.C. App. 343 | No. 158P07 | AG's Motion for Temporary Stay (COA06-403) | Allowed 04/04/07 |